# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ROBERT GRASSON | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | No. 3:09-cv-01584 (PCD) |
| | : | |
| BOARD OF EDUCATION OF THE | : | |
| TOWN OF ORANGE, ET AL | : | |
|     Defendants. | : | |

## RULING ON MOTION FOR SUMMARY JUDGMENT

On April 15, 2011, Defendants filed a motion for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, as to all remaining counts of Plaintiff's complaint. In its April 12, 2010 Ruling on Motion to Dismiss, the Court dismissed all tort claims against the Board of Education, and the breach of contract and breach of implied covenant of good faith and fair dealing claims as to the individual defendants. Remaining are Plaintiff's claims against the Board of Education for breach of contract and substantive and procedural due process, and against the individual defendants in their official capacities for conversion, defamation, invasion of privacy, substantive and procedural due process, negligent infliction of emotional distress, and tortious interference with business expectancy. As Plaintiff has not objected to the motion, Defendant's Motion for Summary Judgment [Doc. No. 66] is **granted** absent objection.

SO ORDERED.

                Dated at New Haven, Connecticut, this  19TH  day of July, 2011.

                                            /s/

                                          Peter C. Dorsey, U.S. District Judge
                                          United States District Court